# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMORY L. FREDRICK | Case No.: 4:19-CR-00041-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE AND TRIAL

Defendant **Emory L. Fredrick**, has moved the Court to continue the pre-trial conference of his case, presently scheduled for December 23, 2019, and to continue the trial of this case to the Court's March 2020 term. The Government does not oppose this motion. Defendant was arraigned on November 21, 2019, and is currently in custody. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government. The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued to the March 2020 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 10th day of December 2019.

s/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT